UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| FRANK PEREZ, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18 CV 295 |
| | ) |
| LAKE COUNTY SHERIFF DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

### O R D E R

On September 4, 2020, Magistrate Judge John E. Martin issued a report and recommendation regarding a discovery motion, in which defendant requested dismissal and/or a sanction against plaintiff due to discovery misconduct. (DE # 78.) Magistrate Judge Martin recommended that the district court deny, without prejudice, defendant's request for dismissal of the case. (*Id.*) Magistrate Judge Martin also ruled that plaintiff was prohibited from introducing certain evidence later in this case.

Despite achieving one of its alternatively-requested aims, defendant "objects" to Magistrate Judge Martin's order in so far as the order does not recommend that the undersigned adopt the portion of it prohibiting plaintiff from introducing certain evidence. This "objection" is overruled, as Magistrate Judge Martin's ruling on the discovery sanction possesses force of law in its own right; the adoption of the ruling by an Article III judge is unnecessary. 28 U.S.C. § 636(b)(1)(a).

For the foregoing reasons, the court now **OVERRULES** defendant's objection to the report and recommendation (DE # 79); **ADOPTS** Magistrate Judge Martin's report

and recommendation (DE # 78); and **DENIES, without prejudice,** the request for dismissal contained in defendant's motion to dismiss and/or for sanctions (DE # 72).

## SO ORDERED.

Date: January 13, 2021

                            s/ James T. Moody
                            JUDGE JAMES T. MOODY
                            UNITED STATES DISTRICT COURT